UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: M&S EQUIPMENT, INC.

CIVIL ACTION

NO. 06-202

SECTION "F"

ORDER AND REASONS

Before the Court is defendants' motion for reconsideration of motion to continue trial date.  The request is DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.

2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.

3. The motion or opposition papers argue for a change in existing law.

4. The motion or opposition papers implicate a constitutional issue.

5. The case itself is of widespread community interest.

Because the motion does not involve any of the above factors, IT IS ORDERED:  that the request for oral argument on defendants' motion is DENIED.

1

New Orleans, Louisiana, February 21, 2007.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE